[No. 3449–6–III. Division Three. December 18, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. LIONEL
A. MORALES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 26943, William J. Grant, J., entered May 10, 1979. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 3740–1–III. Division Three. December 18, 1980.]

GEORGE W. DAVIDSON, ET AL, *Appellants,* v. JOHN
McCARTHY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 232609, George T. Shields, J., entered November 29, 1979. *Reversed* by unpublished opinion per McInturff, J., concurred in by Munson, J. and Edgerton, J. Pro Tem.

[No. 3677–4–III. Division Three. December 18, 1980.]

*In the Matter of the Marriage of* KATHRYN C. KALEY,
*Respondent, and* LEE D. KALEY,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 246186, Jack Dean, J. Pro Tem., entered October 22, 1979. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Roe, J.